# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**EMERGENCY STANDARD SOLUTIONS, INC.,** a/a/o **DIEGO SAENZ,**
Appellant,

v.

**CITIZENS PROPERTY INSURANCE CORPORATION,**
Appellee.

No. 4D21-1753

[July 7, 2022]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Frank Castor, Judge; L.T. Case No. 50-2019-CC-009400-XXXX-MB.

Venessa V. Solis and Michael S. Takiff of Levy & Partners, PLLC, Hollywood, for appellant.

Antonio C. Castro, Sidney S. Needelman and Stephen R. Machin of Zumpano Castro, LLC, Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***